IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NICHOLAS EWING PALEVEDA,**

    **Petitioner,**

**v.**                                                                                Case No. 1:21-cv-68-AW-GRJ

**MARK W. MOSELEY,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's May 19, 2021 report and recommendation, ECF No. 12—to which no objections have been filed—I now adopt it and incorporate it into this order. The clerk will enter a judgment that says, "The habeas petition is summarily dismissed." The clerk will then close the file.

SO ORDERED on July 26, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge